**Exhibit 5**




### Civil Record Detail: Cause Number: 2024-1703-4

| | |
|---|---|
| Cause Number | 2024-1703-4 |
| Style 1 | BRAZOS DISTRIBUTORS INC |
| Style 2 | GREAT NORTHERN INSURANCE COMPANY |
| Filed Date | 7/2/2024 |

| Event Date | Event Desc |
|---|---|
| 08/07/2024 | DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINA |
| 07/29/2024 | RETURNED CITATION (GREAT NORTHERN INSURANCE COMPANY) |
| 07/29/2024 | E-FILE INFORMATION SHEET |
| 07/08/2024 | CITATION ISSUED TO GREAT NORTHERN INSURANCE COMPANY |
| 07/05/2024 | E-FILE INFORMATION SHEET |
| 07/03/2024 | REQUEST FOR ISSUANCE |
| 07/02/2024 | E-FILE INFORMATION SHEET |
| 07/02/2024 | PLAINTIFF'S ORIGINAL PETITION |

1

 © 2024 Edoctec. All Rights Reserved